IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re IVAN V. CLEVELAND, H-60545,              )   No. C 14-0252 CRB (PR)
                                               )
                    Plaintiff.                 )   ORDER OF DISMISSAL
_____        )

On January 16, 2014, the clerk filed as a new prisoner action a letter by plaintiff complaining of improper medical transfers at the California Training Facility in Soledad.  On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application.  Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so.  The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: March 10, 2014        _____
                             CHARLES R. BREYER
                             United States District Judge

G:\PRO-SE\CRB\CR.14\Cleveland, I.14-0252.dsifp.wpd